# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. JEFFREY T. MILLER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-1451-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **OSCAR ALEJANDRO OZUNA,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing for defendant, OSCAR ALEJANDRO OZUNA, currently scheduled for October 31, 2008, at 9:00 a.m., be continued to *November 21, 2008, at 9:00 a.m.*

**SO ORDERED.**

DATED:  October 30, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge