# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(**HON. JEFFREY T. MILLER**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CR-1451-JM |
| Plaintiff, ) | |
| ) | ORDER CONTINUING |
| ) | SENTENCING HEARING |
| v. ) | |
| **OSCAR ALEJANDRO OZUNA,** ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing for defendant, OSCAR ALEJANDRO OZUNA, currently scheduled for November 21, 2008, at 9:00 a.m., be continued to *January 9, 2009, at 9:00 a.m.*

**IT IS SO ORDERED.**

DATED:  November 20, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge